FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The Estate of JOSHUA MUSSELMAN, deceased; SARA BERNTGEN, individually and as Personal Representative of the Estate; KYRA BABINSKI, individually; and WILLIAM MUSSELMAN, individually, | No.  2:26-cv-00098-SAB |
| Plaintiffs, | **ORDER OF REMAND** |
| v. | |
| CITY OF SPOKANE, a political subdivision of the State of Washington, et al, | |
| Defendants. | |

Before the Court is Plaintiffs' Stipulated Motion to Remand, ECF No. 12. Plaintiffs are represented by David Turplesmith, Jodi Thorp, and Rondi Jo Thorp. Defendant Frontier Behavioral Health is represented by Shellie McGaughey. The State of Washington Defendants are represented by Allison Croft and Kaylynn What. The City of Spokane Defendants are represented by Anthony S. Marinella, Brian C. Augenthaler, and Jeremy W. Culumber.

Based on the pleadings, the parties stipulate and agree that this matter should be remanded to Spokane County Superior Court. Good cause exists to grant the

**ORDER OF REMAND # 1**

motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned case is **REMANDED** to Spokane County Superior Court, case number 26-2-00473-32.

2.    All remaining motions are **DISMISSED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel **and** to the Spokane County Superior Court, and **close** the file.

**DATED** this 7th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF REMAND # 2**